UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| VICKIE CLICK, NEXT OF KIN OF CHARLES RAY JONES, DECEASED, AND ON BEHALF OF THE WRONGFUL DEATH BENEFICIARIES OF CHARLES RAY JONES,<br><br>      Plaintiff,<br><br>v.<br><br>KINDRED NURSING CENTERS LIMITED PARTNERSHIP d/b/a KINDRED NURSING AND REHABILITATION-NORTHHAVEN; KINDRED HEALTHCARE OPERATING, INC.; KINDRED HEALTHCARE, INC.; KINDRED NURSING CENTERS EAST, LLC; KINDRED HOSPITALS LIMITED PARTNERSHIP; KINDRED HEALTHCARE SERVICES, INC.; and KINDRED REHAB SERVICES, INC.<br><br>      Defendants | Cause No. 3:17-cv-306<br>Mattice/Guyton<br>Jury Demanded |

## STIPULATION OF DISMISSAL

The parties having previously announced to the Court that all claims pending in this civil action have been compromised and settled, the parties stipulate that this entire case be dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party is to bear its own costs and attorneys' fees, and no further costs, expenses or fees are sought.

Respectfully submitted this 22nd day of March, 2018.

1

4840-9613-3983 v1
2815414-000090 03/22/2018
Case 3:17-cv-00306-HSM-HBG   Document 35   Filed 03/22/18   Page 1 of 2   PageID #: 416

| | |
|---|---|
| **BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ, P.C.** | **JEHL LAW GROUP PLLC** |
| By: /s/ Harry P. Ogden <br> Harry P. Ogden (BPR # 004498) <br> Summer H. McMillan (BPR # 020296) <br> 265 Brookview Centre Way <br> Suite 600 <br> Knoxville, TN 37919 <br> (865) 549-7000 <br> hogden@bakerdonelson.com <br> smcmillan@bakerdonelson.com <br> *Attorneys for Defendants* | By: /s/ Cameron C. Jehl <br> Cameron C. Jehl (BPR # 018729) <br> Carey L. Acerra (BPR # 023464) <br> 5400 Poplar Ave., Suite 250 <br> Memphis, TN 38119 <br> (901) 322-4232 <br> cjehl@jehllawgroup.com <br> cacerra@jehllawgroup.com <br> *Attorneys for Plaintiff* |

2

4840-9613-3983 v1
2815414-000090 03/22/2018
Case 3:17-cv-00306-HSM-HBG   Document 35   Filed 03/22/18   Page 2 of 2   PageID #: 417